```
NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
RUTH C. PINKEL (Cal. Bar No. 164470)
Assistant United States Attorney
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6077
     Facsimile: (213) 894-7631
     E-mail:    ruth.pinkel@usdoj.gov

Attorneys for Applicant
UNITED STATES OF AMERICA
```

## UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| IN RE: CRIMINAL COMPLAINT | No. 2:20-MJ-01777 |
|---|---|
| | [~~PROPOSED~~] ORDER SEALING DOCUMENTS |
| | **(UNDER SEAL)** |

For good cause shown, IT IS HEREBY ORDERED that the arrest warrant and all attachments thereto, the application for the complaint and all attachments thereto, as well as the ex parte application for order sealing documents, the memorandum of points and authorities, the declaration of Ruth C. Pinkel, and this Court's sealing order, and all documents subsequently filed under this same case number until such time as a unsealing order is issued, shall be kept under seal until further order of the Court, or until the government arrests the defendant, at which time the complaint and supporting affidavit is unsealed and may be produced to defendant and defense counsel. The executing agents or officers are permitted

//

1

to provide a copy of the warrant as required by Federal Rule of Criminal Procedure 41(f).

April 21, 2020
DATE

HONORABLE GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

IN CASE OF DENIAL:

The government's application for an order sealing documents is DENIED.  The underlying documents and the sealing application shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

IT IS SO ORDERED.

DATE

HONORABLE GAIL J. STANDISH
UNITED STATES MAGISTRATE JUDGE

Presented by:

*/S/ Ruth C. Pinkel*

RUTH C. PINKEL
Assistant United States Attorney

2