Case 2:20-mj-01777-DUTY Document 8 Filed 05/11/20 Page 1 of 1 Page ID #:61
Case 3:20-mj-70494-TSH Document 8 Filed 04/27/20 Page 1 of 1

2:20-mj-01777-DUTY

DOCUMENTS UNDER SEAL [X] | TOTAL TIME (mins): 11:28-11;44- 16 minutes

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK Rose Maher-by phone | FILED CLERK, U.S. DISTRICT COURT 05/11/2020 CENTRAL DISTRICT OF CALIFORNIA BY: clo DEPUTY | REPORTER/FTR Court Reporter: Katherine Sullivan-phone | |
|---|---|---|---|---|
| MAGISTRATE JUDGE Thomas S. Hixson | DATE 4/27/2020 | | NEW CASE [ ] | CASE NUMBER 3:20-mj-70494 TSH |

### APPEARANCES

| DEFENDANT Babak Broumand-by phone | AGE 54 | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Steven Gruel | PD. [ ] RET. [X] APPT. [ ] |
|---|---|---|---|---|---|
| U.S. ATTORNEY Ravi Narayan-by phone | INTERPRETER n/a | | | [ ] FIN. AFFT SUBMITTED | [ ] COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER Ana Mendoza-by phone | | DEF ELIGIBLE FOR APPT'D COUNSEL [ ] | PARTIAL PAYMENT OF CJA FEES [ ] | |

### PROCEEDINGS SCHEDULED TO OCCUR

| [X] INITIAL APPEAR crim. complt held | [ ] PRELIM HRG | [ ] MOTION Second | [ ] JUGM'T & SENTG | [ ] STATUS STATUS TRIAL SET |
|---|---|---|---|---|
| [ ] I.D. COUNSEL | [ ] ARRAIGNMENT | [ ] BOND HEARING | [ ] IA REV PROB. or or S/R | [ ] OTHER |
| [ ] DETENTION HRG | [ ] ID / REMOV HRG | [ ] CHANGE PLEA | [ ] PROB. REVOC. | [ ] ATTY APPT HEARING |

### INITIAL APPEARANCE

| [X] ADVISED OF RIGHTS | [X] ADVISED OF CHARGES | [X] NAME AS CHARGED IS TRUE NAME | [ ] TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| [ ] ARRAIGNED ON INFORMATION | [ ] ARRAIGNED ON INDICTMENT | [ ] READING WAIVED SUBSTANCE | [ ] WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| [ ] RELEASED ON O/R | [ ] ISSUED APPEARANCE BOND | AMT OF SECURITY $ | SPECIAL NOTES | [ ] PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED [ ] CASH $ | | CORPORATE SECURITY [ ] | | REAL PROPERTY: [ ] |

| [X] MOTION FOR DETENTION | [X] PRETRIAL SERVICES REPORT  Bail Report | [ ] DETAINED | [ ] RELEASED | [ ] DETENTION HEARING AND FORMAL FINDINGS WAIVED | [X] REMANDED TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF : Central District of Los Angeles-Charging Doc. Case number: 2:20-mj-01777

### PLEA

| [ ] CONSENT ENTERED | [ ] NOT GUILTY | [ ] GUILTY | GUILTY TO COUNTS: [ ] |
|---|---|---|---|
| [ ] PRESENTENCE REPORT ORDERED | [ ] CHANGE OF PLEA | [ ] PLEA AGREEMENT FILED | OTHER: |

### CONTINUANCE

| TO: 4/30/2020 | [ ] ATTY APPT HEARING | [ ] BOND HEARING | [ ] STATUS RE: CONSENT | [ ] TRIAL SET |
|---|---|---|---|---|
| AT: 10:30 am | [ ] SUBMIT FINAN. AFFIDAVIT | [ ] PRELIMINARY HEARING _____ | [ ] CHANGE OF PLEA | [ ] STATUS |
| BEFORE HON. Judge Cousins | [X] DETENTION HEARING | [ ] ARRAIGNMENT | [ ] MOTIONS | [ ] JUDGMENT & SENTENCING |
| [ ] TIME WAIVED | [ ] TIME EXCLUDABLE UNDER 18 § USC 3161 | [ ] IDENTITY / REMOVAL HEARING | [ ] PRETRIAL CONFERENCE | [ ] PROB/SUP REV. HEARING |

### ADDITIONAL PROCEEDINGS

Defendant consented to hearing by telephone. Govt. moved for detention and prisoner be transferred back to the Central District of Los Angeles. Defendant waived preliminary hearing. Govt. moved to unseal entire case. Court so Ordered case unsealed. Commitment Order to be signed by the Court. Set for further detention proceedings: 4/30/2020.

DOCUMENT NUMBER: