NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
RUTH C. PINKEL (Cal. Bar No. 164470)
Assistant United States Attorney
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6077
     Facsimile: (213) 894-7631
     E-mail:    ruth.pinkel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            V.<br><br>BABAK BROUMAND,<br><br>            Defendant. | No. 20 MJ-1777<br><br>STIPULATION SETTING PRELIMINARY HEARING DATE FOR DEFENDANT BABAK BROUMAND<br><br>**CURRENT Deadline for Preliminary Hearing:** May 18, 2020<br><br>**PROPOSED Preliminary Hearing Date:** May 18, 2020 |

   Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Ruth C. Pinkel, and defendant BABAK BROUMAND ("defendant"), by and through defendant's counsel of record, Steven Gruel, hereby stipulate as follows:

   1.   On April 21, 2020, defendant was charged by criminal complaint with 18 U.S.C. § 371 (Conspiracy to Commit Bribery of Public Official), which was signed by the Honorable Gail J. Standish. Defendant was arrested April 24, 2020, in the Northern District of

California and made his initial appearance in that district on April 27, 2020.  Defendant was in custody from April 24 to May 1, 2020 pending detention and removal to this district.  Federal Rule of Criminal Procedure 5.1(c) entitles defendant to a preliminary hearing no later than 21 days after his initial appearance if he is not in custody.  Thus, defendant is entitled to a preliminary hearing no later than May 18, 2020 unless otherwise ordered.

    2.   Two court orders in the Northern District of California state that defendant waived preliminary hearing. (Case No. MJ 70774, Dkts. 2, 5.)  Defendant waived an identity hearing under Fed. R. Crim. P. 5(c)(3)(D)(ii), but asserts he did not waive preliminary hearing.

    3.   Defendant was ordered removed to this district (Id. Dkt. 3), which order was later stayed pending defendant's release from custody on May 1, 2020. (Id. Dkts 4, 5.)  The government was ordered to obtain an appearance date in this district and inform defendant. (Id. Dkt. 5.)

    4.   The parties hereby stipulate to set defendant's preliminary hearing in the above-entitled case in this district for May 18, 2020.

| Date | Signature |
|---|---|
| May 11, 2020<br>DATE | _[signature]_<br>ASSISTANT UNITED STATES ATTORNEY |
| May 11, 2020<br>DATE | /S/ [via 5/11/2020 email authorization]<br>DEFENDANT BABAK BROUMAND |
| May 11, 2020<br>DATE | /S/ [via 5/11/2020 email authorization]<br>STEVEN GRUEL, COUNSEL FOR DEFENDANT |