```
 1  NICOLA T. HANNA
    United States Attorney
 2  BRANDON D. FOX
    Assistant United States Attorney
 3  Chief, Criminal Division
    RUTH C. PINKEL (Cal. Bar No. 164470)
 4  Assistant United States Attorney
    Public Corruption and Civil Rights Section
 5       1500 United States Courthouse
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-6077
 7       Facsimile: (213) 894-7631
         E-mail:    ruth.pinkel@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

### UNITED STATES DISTRICT COURT

### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. 20 MJ-1777 |
|---|---|
| Plaintiff, | STIPULATION SETTING INITIAL APPEARANCE FOR DEFENDANT BABAK BROUMAND TO OCCUR BEFORE PRELIMINARY HEARING |
| v. | |
| BABAK BROUMAND, | **Preliminary Hearing:** May 18, 2020 at 12 noon, Courtroom 341, Roybal Federal Building |
| Defendant. | |

   Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Ruth C. Pinkel, and defendant BABAK BROUMAND ("defendant"), by and through defendant's counsel of record, Steven Gruel, hereby stipulate as follows:

   **The Preliminary Hearing**

   1.  By stipulation and order filed May 12, 2020 (Dockets 9 and 10), a preliminary hearing for defendant was ordered in this district for May 18, 2020 at 12 Noon in Courtroom 341 in the Roybal Federal

Building. May 18 is the deadline for defendant's preliminary hearing because it is 21 days after defendant's initial appearance in the Northern District of California. Fed. R. of Crim. Pro. 5.1(c). May 18 will be defendant's first appearance in the Central District.

**The Complaint, Arrest and Proceedings in the Northern District of California**

2. On April 21, 2020, defendant was charged in the Central District by criminal complaint with 18 U.S.C. § 371 (Conspiracy to Commit Bribery of Public Official), which was signed by the Honorable Gail J. Standish. Defendant was arrested April 24, 2020, in the Northern District of California and made his initial appearance in that district on April 27, 2020. Defendant was in custody from April 24 to May 1, 2020 pending detention and removal to this district.

3. Defendant was ordered removed to this district (NDCA Docket 20-MJ-70494), which order was later stayed pending defendant's release from custody on May 1, 2020. (Id. Dkts 4, 5.) The government was ordered to obtain an appearance date in this district and inform defendant. Consequently, the parties stipulated to the May 18 preliminary hearing date.

**Request for Initial Appearance in Central District**

4. The Central District Clerk's Office, Criminal Intake requested defendant have an initial appearance in this district. Additionally, the government has concerns about the posting of defendant's $400,000 secured bond that it wishes to raise. The parties hereby stipulate to set an initial appearance for defendant on May 18, 2020 in Courtroom 341, Roybal Federal Building prior to the Preliminary Hearing.

**Video Teleconference/Telephonic Conference Consent by Defendant**

5. Defendant and his counsel intend to appear via Video Teleconference ("VTC"), and if necessary, by telephone. Defense counsel will separately file a form CR-029 Consent to Video Conference/Telephonic Conference.

May 15, 2020
DATE

_____
ASSISTANT UNITED STATES ATTORNEY

May 15, 2020
DATE

_____
DEFENDANT BABAK BROUMAND

May 15, 2020
DATE

/S/   [via 5/15/2020 email authorization]
STEVEN GRUEL, COUNSEL FOR DEFENDANT