NICOLA T. HANNA
United States Attorney
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
RUTH C. PINKEL (Cal. Bar No. 164470)
Assistant United States Attorney
Public Corruption and Civil Rights Section
     1500 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-6077
     Facsimile: (213) 894-7631
     E-mail:    ruth.pinkel@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. MJ 20-1777 |
|---|---|
| Plaintiff, | [PROPOSED] ORDER SETTING INITIAL APPEARANCE FOR DEFENDANT BABAK BROUMAND |
| v. | |
| BABAK BROUMAND, | **Preliminary Hearing DATE: May 18, 2020, 12 noon** |
| Defendant. | |

     Upon stipulation of the parties, the United States of America, by and through its counsel of record, Assistant United States Attorney Ruth C. Pinkel, and defendant, BABAK BROUMAND, both individually and by and through his counsel of record, Steven Gruel, and good cause appearing, IT IS ORDERED THAT an initial appearance in the above-entitled case is set for May 18, 2018 at ____ in Courtroom 341, Roybal Federal Building.

_____        _____
DATE                                HONORABLE ALICA G. ROSENBERG
                                    UNITED STATES MAGISTRATE JUDGE