UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| United States of America | CASE NUMBER | |
|---|---|---|
| PLAINTIFF | 20-MJ-01777 | |
| Babak Broumand v. | | |
| DEFENDANT(S) | DESIGNATION AND APPEARANCE OF COUNSEL | |

## DESIGNATION OF COUNSEL

I, the undersigned defendant in the above-numbered case, hereby designate and appoint Steven F. Gruel _____, Esquire, as my attorney to appear for me throughout all proceedings in this case.

05/18/2020
*Date*

*Defendant's Signature*

Lafayette, California
*City and State*

## APPEARANCE OF COUNSEL

I, Steven F. Gruel _____ Attorney at law duly admitted to practice before the United States District Court for the Central District of California, hereby consent to my designation and appointment as counsel for the above-named defendant. The Clerk is therefore requested to enter my appearance as defendant's counsel.

Receipt is hereby acknowledged of a copy of the Indictment or Information in this case.

May 18, 2020
*Date*

*Attorney's Signature*

213148
*California State Bar Number*

315 Montgomery St. 10th floor
*Street Address*

San Francisco, CA 94104
*City, State, Zip Code*

(415) 989-1253        N/A
*Telephone Number*     *Fax Number*

attystevengruel@sbcglobal.net
*E-mail Address*

CR-14 (01/07)                    DESIGNATION AND APPEARANCE OF COUNSEL