## LIST OF EXHIBITS AND WITNESSES

| Case Number | MJ-20-1777 | Title | Babak Broumand |
|---|---|---|---|
| Judge | Alicia G. Rosenberg, United States Magistrate Judge | | |
| Dates of Trial or Hearing | 05/18/2020 | | |
| Court Reporters or Tape No. | Katie Thibodeaux | | |
| Deputy Clerks | K. Lozada | | |

FILED
CLERK, U.S. DISTRICT COURT
MAY 18 2020
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Ruth C Pinkel, AUSA, | Steven Gruel, Retained, |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| | | | | | | Michael Torbic, Special Agent of the Federal Bureau of Investigation | Plaintiff |
| 1 | X | | | | | Portions of Criminal Complaint and Affidavit Paragraphs 1-7, 9-22, 24-30, 47-64 and 113 (Dkt. 1) | Plaintiff |