# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | MJ-20-01777-DUTY-1 |
| Date | May 18, 2020 |

Present: The Honorable  Alicia G. Rosenberg, United States Magistrate Judge

Interpreter  n/a

| K. Lozada | Katie Thibodeaux | Ruth Pinkel |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| BABAK BROUMAND (VTC) | X | | X | STEVEN GRUEL (VTC) | X | | X |

**Proceedings:** **PRELIMINARY HEARING**

Case is called. Counsel state their appearances.

In this criminal action, the criminal complaint charges Defendant with violations of 18 U.S.C. § 371, conspiracy to commit bribery of a public official. Defendant consented to a preliminary hearing by video conference. The Government proffered portions of the criminal complaint and affidavit, paragraphs 1-7, 9-22, 24-30, 47-64 and 113. The Government called Michael Torbic, Special Agent of the Federal Bureau of Investigation, to the stand. Mr. Torbic testified and was excused. Government Exhibit No. 1 was identified. The court heard oral argument.

The Court finds there is probable cause to believe that the charged offense has been committed and that the Defendant committed it. Fed. R. Crim. P. 5.1(e). Defendant is ordered to appear for post indictment arraignment on June 23, 2020 at noon and for further proceedings.

|  | 0 | : | 00 |
|---|---|---|---|
|  | Initials of Deputy Clerk | kl | |

cc: