# UNITED STATES DISTRICT COURT
## Northern District of California
### CLERK'S OFFICE

SUSAN Y. SOONG
Clerk of Court

450 Golden Gate Avenue
San Francisco, CA 94102
Phone: 415-522-4602
Fax: 415-522-2176

May 14, 2020

Office of the Clerk
U.S. District Court
Central District of CA Western Division
255 East Temple Street, Suite 180
Los Angeles, CA 90012

| | | |
|---|---|---|
| Case No: | Our case number: | 3:20-MJ-70494 |
| | Your case number: | 2:20-MJ-01777 |
| Case Name: | U.S. v Baback Broumand | |

Dear Sir/Madam:

Property was posted in our district to secure the appearance bond for a case that was removed or transferred to your district. We are forwarding to your district the original deed of trust that was posted in our district. When there is an order exonerating bond, please ask the defense counsel or property owner to submit a completed reconveyance or similar form for our Clerk of Court to sign in order to remove the lien on the property.

The completed reconveyance documents, along with a copy of the court order and deed of trust, should be sent to the following address for the Clerk of Court's signature:

U.S. District Court
Attn: Finance Department
450 Golden Gate Avenue
P.O. Box 36060
San Francisco, CA 94102

The Clerk of Court cannot sign your removal of lien documents without a copy of the deed of trust and court order.

The Court will return the signed documents back to the property owner to record in the appropriate county recorder's office.

Thank you for your cooperation in this matter.

If you have any questions, please call me at (415) 522-2097 or (415) 522-4621.

Sincerely,


Rachelle Heaney
Financial Specialist


Enclosure:  Deed of Trust

05/05/2020,20200084893

**ATTORNEY OF RECORD**

Steven Gruel
attystevengruel@sbcglobal.net
415-533-6973

copy/duplicate has not been
compared to original document

SUSAN

**WHEN RECORDED MAIL TO:**
Susan Y. Soong, Clerk of the US District
Court for the Northern District of California
450 Golden Gate Avenue, 16th Floor
San Francisco, CA 94102

THIS SPACE FOR RECORDER'S USE

### SHORT FORM DEED OF TRUST AND ASSIGNMENT OF RENTS SECURING A PERSONAL SURETY BOND TO THE UNITED STATES DISTRICT COURT

THIS DEED OF TRUST, made this 1 day of May , 20 20 between Babak Broumand and Malamatenia G. Mavromatis-Broumand

herein called TRUSTOR, whose address is 1450 Rancho View Drive, Lafayette, CA 94549 and Susan Y Soong, Clerk, United States District Court for the Northern District of California, herein called both TRUSTEE and BENEFICIARY.

**WITNESSETH:** That Trustor IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS TO TRUSTEE IN TRUST, WITH POWER OF SALE, that property in Contra Costa County, California, described as: *(ATTACH PROPERTY DESCRIPTION ON SEPARATE PAGE)* TOGETHER WITH the rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority given to and conferred upon Beneficiary by paragraph (10) of the provisions incorporated herein by reference to collect and apply such rents, issues and profits.

For the purpose of securing performance of each agreement of Trustor incorporated by reference or contained herein under the bond(s) posted on behalf of defendant's Babak Broumand in Case No. CR 2:20-mj-01 which includes an obligation by said Trustor's surety (ies) in the amount of $ 400,000.00 secured by Union Bank .

**TO PROTECT THE SECURITY OF THIS DEED OF TRUST, TRUSTOR AGREES**: By the execution and delivery of this Deed of Trust and the note or the Personal Surety Bond secured hereby, that provisions (1) to (14), inclusive, (which provisions, identical in all counties, are printed on the reverse hereof) of the fictitious deed of trust recorded in the book and at the page of Official Records in the office of the County Recorder of the County where said property is located, noted below with the County name, viz:

| COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE | COUNTY | BOOK | PAGE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Alameda | REL177 | IM 148 | Kings | 1122 | 516 | Placer | 1996 | 601 | Sierra | 78 | 652 |
| Alpine | 30 | 374-376 | Lake | 942 | 153 | Plumas | 291 | 110 | Siskiyou | 824 | 414 |
| Amador | 333 | 343 | Lassen | 331 | 458 | Riverside | 1978 | 110661 | Solano | 1976 | 55321 |
| Butte | 2331 | 484 | Los Angeles | 76-38685 | — | Sacramento | 78606? | 1134 | Sonoma | 5421 | 802 |
| Calaveras | 175 | 244 | Madera | 1436 | 233 | San Benito | 430 | 108 | Stanislaus | 3652 | 385 |
| Colusa | 463 | 325 | Marin | 3438 | 70 | San Bernardino | 9469 | 1968 | Sutter | 724 | 878 |
| Contra Costa | 8941 | 326 | Mariposa | 180 | 364 | San Diego | 1978 | | Tehama | 25 | 108 |
| Del Norte | 79 | 141 | Mendocino | 1157 | 523 | San Francisco | C691 | | Trinity | 142 | 632 |
| El Dorado | 659 | 92 | Merced | 2130 | 629 | San Joaquin | 1470 | | Tulare | 3540 | 778 |
| Fresno | 7069 | 711 | Modoc | 255 | 590 | San Luis Obispo | 2084 | 280 | Tuolumne | 500 | 129 |
| Glenn | 631 | 343 | Mono | 216 | 573 | San Mateo | 7759 | 2637 | Ventura | 5458 | 219 |
| Humboldt | 1509 | 553 | Monterey | 1254 | 744 | Santa Barbara | 7630019 | | Yolo | 1316 | 148 |
| Imperial | 1418 | 1241 | Napa | 1098 | 368 | Santa Clara | D797 | | Yuba | 671 | 393 |
| Inyo | 232 | 93 | Nevada | 963 | 207 | Santa Cruz | 2933 | | | | |
| Kern | 5423 | 521 | Orange | 12740 | 728 | Shasta | 1536 | | | | |

are hereby adopted and incorporated herein and made a part hereof as though fully set forth herein at length; that Trustor will observe and perform said provisions; and that the references to property, obligations, and parties in said provisions shall be construed to refer to the property, obligations, and parties set forth in the Deed of Trust. Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth.

A NOTARY PUBLIC OR OTHER OFFICER COMPLETING THIS CERTIFICATE VERIFIES ONLY THE IDENTITY OF THE INDIVIDUAL WHO SIGNED THE DOCUMENT TO WHICH THIS CERTIFICATE IS ATTACHED, AND NOT THE TRUTHFULNESS, ACCURACY, OR VALIDITY OF THAT DOCUMENT.

STATE OF CALIFORNIA
COUNTY OF Contra Costa } ss.

SIGNATURE OF TRUSTOR

Sign:
Print Name: BABAK BROUMAND
Sign:
Print Name: MALAMATENIA GOLDIA MAVROMATIS BROUMAND

On May 4th 20 20 before me, Eguella A. Liggins , Notary Public, personally appeared Babak Broumand and Malamatenia Goldia Mavromatis-Broumand who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument. I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

SIGNATURE OF NOTARY PUBLIC                                    [SEAL]

EQUELLA ANGELINA LIGGINS
Notary Public - California
Contra Costa County
Commission # 2235988
My Comm. Expires Mar 26, 2022

Form CAND GO-55-B (rev. 10/2015)

Reset All Forms



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OFFICE OF THE CLERK

## OBLIGATION

We, the undersigned, represent and/or agree that:

1.  We are the owners of the property pledged in the attached Deed of Trust;

2.  In consideration for the release of defendant Babak Broumand
    on bond in the matter of the United States v. Babak Broumand,
    Case No. CR 2:20-mj-01777, we pledge the amount of $ 400,000.00 to be secured
    by the above-mentioned Deed of Trust executed in favor of the United States District
    Court, Northern District of California.

3.  In the event bail is eventually exonerated in said matter, said beneficiary of the Deed of
    Trust is authorized and requested to execute and acknowledge the Reconveyance
    document also attached hereto;

4.  In the event bail is eventually forfeited for failure to comply with the terms of the bail
    order, said beneficiary is authorized to request the trustee under the Deed of Trust to
    proceed with foreclosure under the terms of the Deed of Trust and to submit this
    document together with the order forfeiting bail and the Deed of Trust as conclusive
    evidence of default.

_____          05/01/2020
            Signature                      _____
                                                  Date

_____          05/04/2020
            Signature                      _____
                                                  Date

_Form CAND GO-55-A (rev. 3/2015)_



OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS