STEVEN F. GRUEL, ESQ.
California Bar No. 213148
315 Montgomery Street, 10th Floor
San Francisco, CA 94104
Telephone: 415-989-1253
Facsimile: 415-449-3622
Email: attystevengruel@sbcglobal.net

Attorney for **Babak Broumand**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br>v.<br><br>BABAK BROUMAND,<br><br>　　　　Defendant. | Case No. MJ 20-1777<br><br>**DEFENDANT BABAK BROUMAND'S OPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE TO PERMIT TRAVEL TO THE EASTERN DISTRICT OF CALIFORNIA; and PROPOSED ORDER**<br><br>Date: June 23, 2020 @ Noon |

　　The Defendant, Babak Broumand, by and through his counsel of record, Steven F. Gruel, moves for an order modifying his conditions of pretrial release to include travel and from the Eastern District of California. The United States Pretrial Services Officer currently supervising Mr. Broumand on release **does not object** to this slight modification of his conditions of release.

　　On June 9, 2020, defense counsel emailed the prosecutor seeking a stipulation to this minor modification to the conditions of release. The prosecution declined the offer of a stipulation and opposes this request.

## REQUEST TO MODIFY CONDITIONS OF RELEASE

A. <u>Brief Procedural Summary of the Case</u>

Babak Broumand, a retired FBI agent who lives in the Northern District of California, was arrested near his home on Friday, April 24, 2020 on a warrant issued from this District. He remained in custody over the weekend and appeared on the out of district warrant on Monday, April 27, 2020. The government moved for a detention hearing, which was then scheduled for April 30, 2020.

After hearing from both sides, the Honorable Magistrate Judge Nathanael Cousins ordered that Mr. Broumand be released on a $400,000 bond secured by the family home along with other conditions of release. For instance, Mr. Broumand's passport was ordered to be surrendered to U. S. Pretrial Services; this occurred. Mr. Broumand's travel was also ordered restricted to the Northern District and Central District of California. On May 1, 2020, Mr. Broumand was released from custody.

On May 18, 2020, a preliminary hearing was conducted in this Court. Probable Cause was found by the Magistrate Judge and the case was continued to June 23, 2020 at noon for arraignment on an indictment. It is respectfully requested that this motion also be heard at this time.

B. <u>The Request to Modify Travel to Include the Eastern District of California</u>

Since the above events, Mr. Broumand requests that his conditions of release be modified to permit travel to the Eastern District of California. This travel is necessary to attend and maintain a vacate home he owns at 3275 West Lake, Blvd., Homewood, CA (Placer County). This property, which is only approximately 180 miles from Mr. Broumand's family home in the Northern District of California, has been deemed located in a fire hazard area and, consequently, requires maintenance of 100 feet of defensible space around the residence. Attached hereto is the pertinent

DEFENDANT BABAK BROUMAND'S OPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE TO PERMIT TRAVEL TO THE EASTERN DISTRICT OF CALIFORNIA; AND PROPOSED ORDER

2

1  fire hazard disclosure pages from the Property I.D. Natural Hazard Disclosure Report for the home

2  located at 3275 West Lake Blvd., Homewood, CA.  This report shows the home to be located in a

3  "very high fire hazard severity zone" and a "wildland area that may contain substantial forest fire

4  risks and hazards."  Hence, the property requires maintenance and attention.

5      Moreover, Mr. Broumand is legally required to clear brush and dead vegetation from the

6  property. State rules and regulations require proper maintenance of wildland in order to preclude

7  fire and hazards.  *See* California Government Code Section 51182 (required maintenance of lands in

8  high fire hazard severity zones); Public Resource Code Section 4291 (required defensible space of

9  100 feet around structure in fire zone).  Maintaining fire abatement is a continuous task throughout

10  the year and failure to comply subjects him not only to citation from Placer County, but also to

11  exposure of his house (and the homes of the neighbors) to extreme fire hazard.  In short, Mr.

12  Broumand is obligated to continuously clear brush, leaves, pine needles and cones; cut back weeds;

13  chop and remove dead branches; and spray and treat for pests inside the house.  In fact,

14  investigating agents conducting surveillance of Mr. Broumand in November 2018 observed his

15  clearing the land on this property. *See* Application for a Search Warrant, filed on November 29,

16  2018, (wherein agents observed on November 3, 2018, "Broumand was then observed raking leaves

17  in the front yard" at this house).

18      C.   Pretrial Service Officer Carolyn Truong Does Not Object to This Slight Modification

19      Pretrial Service Officer Carolyn Truong supervises Mr. Broumand.  Ms. Truong is aware of

20  this request to modify the conditions of release to permit travel to the Eastern District and does not

21  object to the request.

22      D.   The Prosecution Opposes The Modification to Include Travel to the EDCA

23      Without explanation, the prosecution opposes this request to permit travel to the Eastern

24  District of California.

DEFENDANT BABAK BROUMAND'S OPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE TO PERMIT TRAVEL TO THE EASTERN DISTRICT OF CALIFORNIA; AND PROPOSED ORDER

3

## **CONCLUSION**

For the foregoing reasons, this Court should modify Mr. Broumand's travel restrictions to permit travel also to the Eastern District of California.

                                        Respectfully submitted,

Dated: June 10, 2020                By:    /s/ Steven F. Gruel
                                                            STEVEN F. GRUEL, ESQ.
                                                            Attorney for **BABAK BROUMAND**

DEFENDANT BABAK BROUMAND'S OPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE TO PERMIT TRAVEL TO THE EASTERN DISTRICT OF CALIFORNIA; AND PROPOSED ORDER

4