STEVEN F. GRUEL, ESQ.
California Bar No. 213148
315 Montgomery Street, 10th Floor
San Francisco, CA 94104
Telephone: 415-989-1253
Facsimile: 415-449-3622
Email: attystevengruel@sbcglobal.net

Attorney for **Babak Broumand**

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br>v.<br><br>BABAK BROUMAND,<br><br>      Defendant. | Case No. MJ 20-1777<br><br>**ORDER <u>GRANTING</u> DEFENDANT BABAK BROUMAND'S MOTION TO MODIFY CONDITIONS OF RELEASE TO PERMIT TRAVEL TO THE EASTERN DISTRICT OF CALIFORNIA; and PROPOSED ORDER** |

    Predicated on the motion by the Defendant, Babak Broumand, by and through his counsel of record, Steven F. Gruel, the Court hereby GRANTS the motion modifying the defendant's conditions of pretrial release to include and permit travel and from the Eastern District of California.

                                                              SO ORDERED.

Dated:                          By: _____
                                       United States Magistrate Judge

[PROPOSED] ORDER
Case No. MJ 20-1777