UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | MJ 20-1777 | Date | June 11, 2020 |
|---|---|---|---|

Present: The Honorable   Alicia, G. Rosenberg, United States Magistrate Judge

Interpreter   n/a

| K. Lozada | n/a | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| BABAK BROUMAND | | | | n/a | | | |

**Proceedings:**   **In Chambers:   BRIEFING SCHEDULE**

　　On June 10, 2020, Defendant Babak Broumand filed a motion to modify conditions of release to permit travel to the Eastern District of California.  (Dkt. No. 24.)

　　IT IS HEREBY ORDERED that:

1.　　Plaintiff shall file an opposition on or before **June 16, 2020.**

2.　　Defendant may file a reply on or before **June 19, 2020**.

3.　　Unless otherwise ordered, the court will take the motion under submission without oral argument as of the date the reply is due.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　0  :  00

Initials of Deputy Clerk   kl